**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Memory Lane Music Group LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-4360715** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **66 Summit Road**<br>**Port Washington, NY 11050**<br>Number, Street, City, State & ZIP Code | **PO Box 254**<br>**Port Washington, NY 11050**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Nassau**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.memorylanemusicgroup.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Memory Lane Music Group LLC**                              Case number (*if known*) _____
        Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __71__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **Memory Lane Music Group LLC**                                    Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

█ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Memory Lane Music Group LLC**                                    Case number (*if known*) _____
           Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Memory Lane Music Group LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 25, 2022**
            MM / DD / YYYY

**X** **/s/ Mark Spier**                                          **Mark Spier**
Signature of authorized representative of debtor          Printed name

Title   **CEO**

---

**18. Signature of attorney**

**X** **/s/ Howard P. Magaliff**                  Date **April 25, 2022**
Signature of attorney for debtor                       MM / DD / YYYY

**Howard P. Magaliff**
Printed name

**Rich Michaelson Magaliff, LLP**
Firm name

**335 Madison Avenue**
**9th Floor**
**New York, NY 10017**
Number, Street, City, State & ZIP Code

Contact phone   **646.453.7851**        Email address   **hmagaliff@r3mlaw.com**

**2079903 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Memory Lane Music Group LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 25, 2022**      *X* **/s/ Mark Spier**
                                    Signature of individual signing on behalf of debtor

                                      **Mark Spier**
                                      Printed name

                                      **CEO**
                                      Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Memory Lane Music Group LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DeRose Music c/o Songwriters Guild of America PO Box 2083 Brentwood, TN 37024** | | **Royalties Due** | | | | $303,461.53 |
| **Kudu Music Co. c/o Songwriters Guild of America PO Box 2083 Brentwood, TN 37024** | | **Royalties Due** | | | | $68,438.08 |
| **Harry Ruby (Busch Charles c/o Songwriters Guild of America PO Box 2083 Brentwood, TN 37024** | | **Royalties Due** | | | | $58,454.45 |
| **Harold Adamson Music c/o Songwriters Guild of America PO Box 2083 Brentwood, TN 37024** | | **Royalties Due** | | | | $35,381.65 |
| **Benny Davis Music Co. c/o Susan Rutrough 4900 SW 60 Pl. Miami, FL 33155** | | **Royalties Due** | | | | $33,516.96 |
| **Classified Music c/o David Jordan 6827 Cover Avenue Hamtramck, MI 48212** | | **Royalties Due** | | | | $22,154.56 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Memory Lane Music Group LLC** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **David Mann Music Co** 3 Daniel Lane Butler, NJ 07405 | | **Royalties Due** | | | | **$6,495.29** |
| **All Shall Perish In.** 120 Village Square Suite 83 Orinda, CA 94563 | | **Royalties Due** | | | | **$5,622.11** |
| **Toni R Music** Ms. Barbara Schwartz 419 Santa Maria Drive Irvine, CA 92606 | | **Royalties Due** | | | | **$5,602.14** |
| **Hygroton Music** Geraldine Hunt Milligan 159 Church Hill, Apt. 207 Montreal, PQ J4V 2M2, Can | | **Royalties Due** | | | | **$5,277.72** |
| **Abiersack - AF** c/o David Weise & Assoc. 16000 Ventura Blvd. Suite 600 Encino, CA 91436 | | **Royalties Due** | | | | **$4,626.19** |
| **Ted Varnick Music Co.** c/o Songwriters Guild of America PO Box 2083 Brentwood, TN 37024 | | **Royalties Due** | | | | **$4,323.11** |
| **Unidisc Music Inc.** c/o Matra Music Ltd 87B Hymus Blvd Pointe Claire, PQ H9R 4T2 Canada | | **Royalties Due** | | | | **$4,072.69** |
| **Sanavan Music** Address Unknown | | **Royalties Due** | | | | **$4,013.71** |
| **Ched Music** Warner Chappell Music Inc 10585 Santa Monica Blvd Los Angeles, CA 90025 | | **Royalties Due** | | | | **$3,952.20** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Memory Lane Music Group LLC**                                 Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Diversified Music c/o David Jordan 6827 Cover Avenue Hamtramck, MI 48212** | | **Royalties Due** | | | | **$3,658.46** |
| **Reganesque Music Co Spirit Two Music 235 W 23rd Street 4th Floor New York, NY 10011** | | **Royalties Due** | | | | **$2,530.84** |
| **Jay Zynczak ADDRESS UNKNOWN** | | **Royalties Due** | | | | **$2,485.28** |
| **Alicia Razaf Georgiade Wixen Music Publishing 24025 Park Sorrento Suite 130 Calabasas, CA 91302** | | **Royalties Due** | | | | **$2,216.89** |
| **Truelove Music Studio 19F Tower Workshops Riley Road London, SE1 3DG, ENGLAND** | | **Royalties Due** | | | | **$1,737.58** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Memory Lane Music Group LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................   $     0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................   $     857,751.79

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................   $     857,751.79

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     252,700.85

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$     587,004.40

4.   Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b     $     839,705.25

**Fill in this information to identify the case:**

Debtor name **Memory Lane Music Group LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **$100.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **City National Bank** | **Business Checking** | **1921** | **$1,507.37** |
| 3.2. | **City National Bank** | **Business Checking** | **9565** | **$98.52** |
| 3.3. | **First National Bank of Long Island** | **Business Checking** | **1355** | **$159.28** |
| 3.4. | **Capital One Bank** | **Business Checking** | **6857** | **$1,536.99** |
| 3.5. | **Capital One Bank** | **Business Checking** | **9260** | **$50,849.63** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$54,251.79** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Memory Lane Music Group LLC**                              Case number *(If known)* _____
         Name

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☒ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

     7.1.  **Security Deposit with 240 W 37 LLC** _____     $33,500.00

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                         $33,500.00
     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

    ☒ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

    ☒ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

39.  **Office furniture**

40.  **Office fixtures**

Debtor    **Memory Lane Music Group LLC**                              Case number *(If known)* _____
          Name

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Computers, computer accessories, software, printers, scanners, telephones** | $0.00 | | $20,000.00 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | $20,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Music Copyrights** | $0.00 | | $750,000.00 |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | $750,000.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **Memory Lane Music Group LLC**                          Case number *(If known)* _____
          Name

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

<div style="background:black;color:white;display:inline-block">Part 11:</div>    **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

| Debtor | **Memory Lane Music Group LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $54,251.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $33,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $750,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $857,751.79 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $857,751.79 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Memory Lane Music Group LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Capital One Bank** | | |
|---|---|---|---|

| Creditor's Name | Describe debtor's property that is subject to a lien<br>**All assets** | $252,700.85 | $300,000.00 |
|---|---|---|---|

**299 Park Avenue**
**New York, NY 10171**
Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1.24.2014**

**Last 4 digits of account number**
**1747**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $252,700.85 |
|---|---|---|

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **Memory Lane Music Group LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**Abiersack - AF**
**c/o David Weise & Assoc.**
**16000 Ventura Blvd.**
**Suite 600**
**Encino, CA 91436**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

**$4,626.19**

---

**3.2** | Nonpriority creditor's name and mailing address
**Alicia Razaf Georgiade**
**Wixen Music Publishing**
**24025 Park Sorrento**
**Suite 130**
**Calabasas, CA 91302**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

**$2,216.89**

---

**3.3** | Nonpriority creditor's name and mailing address
**All Shall Perish In.**
**120 Village Square**
**Suite 83**
**Orinda, CA 94563**

Date(s) debt was incurred __2017 - 2022__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

**$5,622.11**

---

**3.4** | Nonpriority creditor's name and mailing address
**Audigy Music - AF**
**c/o David Weise & Assoc**
**16000 Ventura Blvd.**
**Suite 600**
**Encino, CA 91436**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

**$362.91**

---

| Debtor | **Memory Lane Music Group LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$379.89** |
|---|---|---|---|

**Bataan Music Co**
**c/o Bataan Nittollano**
**1880 Lafayette Avenue**
**Bronx, NY 10466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2010 - 2022__

**Basis for the claim:** __Royalties Due__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$292.05** |
|---|---|---|---|

**Beardog Publishing Co**
**Clint Ballard**
**207 W Hickory Street**
**Suite 109**
**Denton, TX 76201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Royalties Due__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,516.96** |
|---|---|---|---|

**Benny Davis Music Co.**
**c/o Susan Rutrough**
**4900 SW 60 Pl.**
**Miami, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2012 - 2019__

**Basis for the claim:** __Royalties Due__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,952.20** |
|---|---|---|---|

**Ched Music**
**Warner Chappell Music Inc**
**10585 Santa Monica Blvd**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2010 - 2019__

**Basis for the claim:** __Royalties Due__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22,154.56** |
|---|---|---|---|

**Classified Music**
**c/o David Jordan**
**6827 Cover Avenue**
**Hamtramck, MI 48212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2010 - 2019__

**Basis for the claim:** __Royalties Due__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$88.92** |
|---|---|---|---|

**Costa Demo Productions**
**Address Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Royalties Due__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,495.29** |
|---|---|---|---|

**David Mann Music Co**
**3 Daniel Lane**
**Butler, NJ 07405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2010 - 2012__

**Basis for the claim:** __Royalties Due__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Memory Lane Music Group LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $83.72 |
|---|---|---|---|
| | **Degreg Music Co** | ☐ Contingent | |
| | **Address Unknown** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $303,461.53 |
|---|---|---|---|
| | **DeRose Music** | | |
| | **c/o Songwriters** | ☐ Contingent | |
| | **Guild of America** | ☐ Unliquidated | |
| | **PO Box 2083** | ☐ Disputed | |
| | **Brentwood, TN 37024** | | |
| | **Date(s) debt was incurred  2012 - 2022** | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,658.46 |
|---|---|---|---|
| | **Diversified Music** | | |
| | **c/o David Jordan** | ☐ Contingent | |
| | **6827 Cover Avenue** | ☐ Unliquidated | |
| | **Hamtramck, MI 48212** | ☐ Disputed | |
| | **Date(s) debt was incurred  2010 - 2019** | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $220.55 |
|---|---|---|---|
| | **Erasmus Music Inc** | | |
| | **Sony ATV Music** | ☐ Contingent | |
| | **8 Music Square** | ☐ Unliquidated | |
| | **Nashville, TN 37203** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $204.48 |
|---|---|---|---|
| | **Erasmus Music Inc** | | |
| | **c/o Seashore Music BV** | ☐ Contingent | |
| | **West Duinweg 262 Gravenha** | ☐ Unliquidated | |
| | **2583 AK** | ☐ Disputed | |
| | **Holland** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Royalties Due** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $54.94 |
|---|---|---|---|
| | **Fortranic Music** | ☐ Contingent | |
| | **Address Unknown** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35,381.65 |
|---|---|---|---|
| | **Harold Adamson Music** | | |
| | **c/o Songwriters** | ☐ Contingent | |
| | **Guild of America** | ☐ Unliquidated | |
| | **PO Box 2083** | ☐ Disputed | |
| | **Brentwood, TN 37024** | | |
| | **Date(s) debt was incurred  2012 - 2021** | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** **Royalties Due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Memory Lane Music Group LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $58,454.45 |
|---|---|---|---|

**Harry Ruby (Busch Charles**
**c/o Songwriters**
**Guild of America**
**PO Box 2083**
**Brentwood, TN 37024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012-2019**

Basis for the claim:  **Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,389.66 |
|---|---|---|---|

**HB Webman Ltd.**
**1650 Broadway**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $167.58 |
|---|---|---|---|

**Holee Music Co.**
**606 Shoreline Drive**
**Naples, FL 34119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2010 - 2019**

Basis for the claim:  **Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,277.72 |
|---|---|---|---|

**Hygroton Music**
**Geraldine Hunt Milligan**
**159 Church Hill, Apt. 207**
**Montreal, PQ J4V 2M2, Can**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2010 - 2019**

Basis for the claim:  **Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $72.87 |
|---|---|---|---|

**James F. Mchugh Trust**
**James F. McHugh Trust**
**75 9th Avenue**
**4th Floor**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,485.28 |
|---|---|---|---|

**Jay Zynczak**
**ADDRESS UNKNOWN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015 - 2019**

Basis for the claim:  **Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $69.11 |
|---|---|---|---|

**Jewmaican Publishing**
**11760 SW 25th Court**
**Building 18**
**Hollywood, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Memory Lane Music Group LLC**                                  Case number (if known) _____
_____
Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.11 |
|---|---|---|---|

**Jocelyn Brown Music Co.**
**ADDRESS UNKNOWN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012 - 2019**

Last 4 digits of account number  _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $372.88 |
|---|---|---|---|

**Keniche Music**
**c/o Eddie Saunders**
**120 Hillyer Street**
**East Orange, NJ 07017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012 - 2019**

Last 4 digits of account number  _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,438.08 |
|---|---|---|---|

**Kudu Music Co.**
**c/o Songwriters**
**Guild of America**
**PO Box 2083**
**Brentwood, TN 37024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012 - 2022**

Last 4 digits of account number  _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $761.24 |
|---|---|---|---|

**Lil Poop's Publishing**
**c/o Elsie Price**
**Boston Way Street**
**Bldg 1, # 3**
**Asbury Park, NJ 07712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012 - 2019**

Last 4 digits of account number  _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $885.26 |
|---|---|---|---|

**Major Songs Co.**
**Arthur Kent Music Co.**
**2 Old State Rte 17**
**PO Box 572**
**Chester, NY 10918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015 - 2019**

Last 4 digits of account number  _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $503.32 |
|---|---|---|---|

**Minder Music Ltd.**
**18 Pindock Mews**
**London W9 2PY**
**ENGLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012 - 2019**

Last 4 digits of account number  _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,530.84 |
|---|---|---|---|

**Reganesque Music Co**
**Spirit Two Music**
**235 W 23rd Street**
**4th Floor**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Memory Lane Music Group LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $336.02 |
|---|---|---|---|

**Regent Music Corporation**
**235 West 23rd Street**
**4th Floor**
**New York, NY 10111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2012 - 2019**

**Basis for the claim: Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.95 |
|---|---|---|---|

**Rennartz Music**
**Address Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,013.71 |
|---|---|---|---|

**Sanavan Music**
**Address Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $643.77 |
|---|---|---|---|

**Sausage 69 Music  - AF**
**16000 Ventura Blvd**
**Suite 600**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.84 |
|---|---|---|---|

**Solar Systems Music**
**Sheila Davis**
**441 E 20th Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.11 |
|---|---|---|---|

**Stanley Lebowsky Estate**
**c/o Robert Cavallo**
**545 Madison Avenue**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,323.11 |
|---|---|---|---|

**Ted Varnick Music Co.**
**c/o Songwriters**
**Guild of America**
**PO Box 2083**
**Brentwood, TN 37024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2012 - 2019**

**Basis for the claim: Royalties Due**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | Memory Lane Music Group LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209.91 |
|---|---|---|---|

**THEI II Music Co**
**Address Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,602.14 |
|---|---|---|---|

**Toni R Music**
**Ms. Barbara Schwartz**
**419 Santa Maria Drive**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2010  2019**

**Last 4 digits of account number** _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,737.58 |
|---|---|---|---|

**Truelove Music Studio 19F**
**Tower Workshops**
**Riley Road**
**London, SE1 3DG,**
**ENGLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016 - 2019**

**Last 4 digits of account number** _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $503.19 |
|---|---|---|---|

**Ulpio Minucci Music Co**
**c/o Ulpio Minucci**
**8611 Burton Way, Unit 16**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012 - 2019**

**Last 4 digits of account number** _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,072.69 |
|---|---|---|---|

**Unidisc Music Inc.**
**c/o Matra Music Ltd**
**87B Hymus Blvd**
**Pointe Claire, PQ H9R 4T2**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.46 |
|---|---|---|---|

**Universal Music Publishin**
**Royalty Dept**
**136-144 New Kings Road**
**London SQ6 4FX**
**UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.60 |
|---|---|---|---|

**Warpfactor One Music**
**Address Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number** _

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Memory Lane Music Group LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.62 |
|---|---|---|---|

**Werner Chappell Music**
**161 Hammersmith Rd**
**London W6 8BS**
**Englad**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Royalties Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 587,004.40 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 587,004.40 |

Fill in this information to identify the case:

Debtor name    **Memory Lane Music Group LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Irrevocable publishing administration contract.** | |
| State the term remaining | **Downtown Music Publishing** |
| List the contract number of any government contract | **155 6th Avenue** **New York, NY 10013** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Memory Lane Music Group LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Mark Spier** | **66 Summit Road**<br>**Port Washington, NY 11050** | **Capital One Bank** | ☑ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Memory Lane Music Group LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:   Income**

---

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$24,988.76** |
   | **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$120,715.84** |
   | **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$339,331.29** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | **Rental Income** | **$36,670.92** |
   | **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | **Rental Income** | **$134,337.25** |
   | **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | **Interest Income** | **$125,936.33** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Memory Lane Music Group LLC**                                    Case number *(if known)*

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For the fiscal year:**<br>From **1/01/2019** to **12/31/2019** | Rental Income | $121,298.30 |

---

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **240 West 37 LLC**<br>**25 West 36th Street**<br>**New York, NY 10018** | | **$10,755.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.2. | **Rich Michaelson Magaliff, LLP**<br>**335 Madison Avenue**<br>**9th Floor**<br>**New York, NY** | 02.17.22<br>$2,745<br>04.02.22<br>$4,419<br>04.06.22<br>$50,000<br>04.08.22<br>$25,000 +<br>$1,738 for<br>court fling<br>fee | **$83,902.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Payments include $75,000 retainer for chapter 11 filing.** |
| 3.3. | **Pryor Cashman, LLC**<br>**7 Times Square**<br>**New York, NY 10036** | | **$73,540.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.4. | **OEM Capital Corp**<br>**PO Box 4193**<br>**New York, NY 10163** | | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **Memory Lane Music Group LLC**                                    Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Mark Spier** | | **$31,300.00** | **Guaranteed Payment** |
| 4.2.  **Spier Music Holdings, LLC** | | **$37,250.00** | **Guaranteed Payment** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **William Bunch et al. v. Memory Lane Music Group, LLC et al.** **654117/2019** | **Breach of Contract** | **Supreme Court., State of NY, NY County** | ■ Pending ☐ On appeal ☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Memory Lane Music Group LLC** | | Case number *(if known)* | |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rich Michaelson Magaliff, LLP** **335 Madison Avenue** **9th Floor** **New York, NY 10017** | | 02.17.22 $2,745 04.02.22 $4,419 04.06.22 $50,000 04.08.22 $25,000 + $1,738 for court fling fee | **$83,902.00** |
| | Email or website address hmagaliff@r3mlaw.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **OEM Capital Corp.** **PO Box 4193** **New York, NY 10163** | | | **$37,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Push and Shove LLC** **7 Times Square** **New York, NY 10036** | | | **$73,540.48** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

Debtor    **Memory Lane Music Group LLC**                    Case number *(if known)*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor in 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

| Debtor | **Memory Lane Music Group LLC** | Case number *(if known)* | |
|--------|--------------------------------|--------------------------|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Public Storage**<br>**1 Seaview Boulevard**<br>**Port Washington, NY 11050** | **Mark Spier** | **Files** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■    No.
☐    Yes. Provide details below.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Memory Lane Music Group LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|
| 25.1.   **Scion Music Group LLC**<br>PO Box 254<br>Port Washington, NY 11050 | **Music Publishing** | **EIN:**<br>**From-To** | **26-2627728**<br>**01.01.2007 - Date** |
| 25.2.   **Scion North Music LLC**<br>PO Box 254<br>Port Washington, NY 11050 | **Music Publishing** | **EIN:**<br>**From-To** | **27-0209792**<br>**01.01.2008 - Date** |
| 25.3.   **Memory Lane Music Ltd**<br>54 Bear Lane<br>Southwark<br>London, UK SE1 OUH | **Music Publishing** | **EIN:**<br>**From-To** | **UK Bases Company - NO EIN**<br>**01.01.2006 - Date** |
| 25.4.   **Larry Spier Music LLC**<br>PO Box 254<br>Port Washington, NY 11050 | **Music Publishing** | **EIN:**<br>**From-To** | **20-4523084**<br>**01.01.2007 - Date** |
| 25.5.   **Scion Three Music LLC**<br>PO Box 254<br>Port Washington, NY 11050 | **Music Publishing** | **EIN:**<br>**From-To** | **20-4522114**<br>**01.01.2007 - Date** |
| 25.6.   **Scion Four Music LLC**<br>PO Box 254<br>Port Washington, NY 11050 | **Music Publishing** | **EIN:**<br>**From-To** | **20-4531238**<br>**01.01.2007 - Date** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor   **Memory Lane Music Group LLC**                                      Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Nicole D. Feldman, CPA** **An Accounting Corporation** **1606 S Ogden Drive** **Los Angeles, CA 90019** | **01.01.2012 - Present Time** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Spier** | **66 Summit Road** **Port Washington, NY 11050** | **CEO** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Spier Music Holding LLC** | **66 Summit Road** **Port Washington, NY 11050** | **Member** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Debtor | Memory Lane Music Group LLC | | Case number *(if known)* | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Mark Spier** | **$31,300.00** | | **Compensation** |
| | Relationship to debtor<br>**50% shareholder and officer** | | | |
| 30.2. | **Spier Music Holdings, LLC** | **$37,250.00** | | **Compensation** |
| | Relationship to debtor<br>**50% Shareholder** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 25, 2022**

**/s/ Mark Spier**                                          **Mark Spier**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of New York

In re    **Memory Lane Music Group LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mark Spier**<br>**66 Summit Road**<br>**Port Washington, NY 11050** | | | **50% Member** |
| **Spier Music Holdings, LLC**<br>**66 Summit Road**<br>**Port Washington, NY 11050** | | | **50% Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 25, 2022**

Signature    **/s/ Mark Spier**

**Mark Spier**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of New York

In re   **Memory Lane Music Group LLC**                 Case No.

                                     Debtor(s)          Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

       The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **April 25, 2022**

                                 **/s/ Mark Spier**
                                 **Mark Spier**/CEO
                                 Signer/Title

Date:   **April 25, 2022**

                                 **/s/ Howard P. Magaliff**
                                 Signature of Attorney
                                 **Howard P. Magaliff**
                                 **Rich Michaelson Magaliff, LLP**
                                 **335 Madison Avenue**
                                 **9th Floor**
                                 **New York, NY 10017**
                                 **646.453.7851   Fax: 212.913.9642**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

Abiersack - AF
c/o David Weise & Assoc.
16000 Ventura Blvd.
Suite 600
Encino, CA 91436


Alicia Razaf Georgiade
Wixen Music Publishing
24025 Park Sorrento
Suite 130
Calabasas, CA 91302


All Shall Perish In.
120 Village Square
Suite 83
Orinda, CA 94563


Audigy Music - AF
c/o David Weise & Assoc
16000 Ventura Blvd.
Suite 600
Encino, CA 91436


Bataan Music Co
c/o Bataan Nittollano
1880 Lafayette Avenue
Bronx, NY 10466


Beardog Publishing Co
Clint Ballard
207 W Hickory Street
Suite 109
Denton, TX 76201


Benny Davis Music Co.
c/o Susan Rutrough
4900 SW 60 Pl.
Miami, FL 33155


Capital One Bank
299 Park Avenue
New York, NY 10171


Ched Music
Warner Chappell Music Inc
10585 Santa Monica Blvd
Los Angeles, CA 90025

Classified Music
c/o David Jordan
6827 Cover Avenue
Hamtramck, MI 48212

Costa Demo Productions
Address Unknown

David Mann Music Co
3 Daniel Lane
Butler, NJ 07405

Degreg Music Co
Address Unknown

DeRose Music
c/o Songwriters
Guild of America
PO Box 2083
Brentwood, TN 37024

Diversified Music
c/o David Jordan
6827 Cover Avenue
Hamtramck, MI 48212

Downtown Music Publishing
155 6th Avenue
New York, NY 10013

Erasmus Music Inc
Sony ATV Music
8 Music Square
Nashville, TN 37203

Erasmus Music Inc
c/o Seashore Music BV
West Duinweg 262 Gravenha
2583 AK
Holland

Fortranic Music
Address Unknown

Harold Adamson Music
c/o Songwriters
Guild of America
PO Box 2083
Brentwood, TN 37024


Harry Ruby (Busch Charles
c/o Songwriters
Guild of America
PO Box 2083
Brentwood, TN 37024


HB Webman Ltd.
1650 Broadway
New York, NY 10019


Holee Music Co.
606 Shoreline Drive
Naples, FL 34119


Hygroton Music
Geraldine Hunt Milligan
159 Church Hill, Apt. 207
Montreal, PQ J4V 2M2, Can


James F. Mchugh Trust
James F. McHugh Trust
75 9th Avenue
4th Floor
New York, NY 10011


Jay Zynczak
ADDRESS UNKNOWN


Jewmaican Publishing
11760 SW 25th Court
Building 18
Hollywood, FL 33025


Jocelyn Brown Music Co.
ADDRESS UNKNOWN


Keniche Music
c/o Eddie Saunders
120 Hillyer Street
East Orange, NJ 07017

Kudu Music Co.
c/o Songwriters
Guild of America
PO Box 2083
Brentwood, TN 37024


Lil Poop's Publishing
c/o Elsie Price
Boston Way Street
Bldg 1, # 3
Asbury Park, NJ 07712


Major Songs Co.
Arthur Kent Music Co.
2 Old State Rte 17
PO Box 572
Chester, NY 10918


Mark Spier
66 Summit Road
Port Washington, NY 11050


Minder Music Ltd.
18 Pindock Mews
London W9 2PY
ENGLAND


Reganesque Music Co
Spirit Two Music
235 W 23rd Street
4th Floor
New York, NY 10011


Regent Music Corporation
235 West 23rd Street
4th Floor
New York, NY 10111


Rennartz Music
Address Unknown


Sanavan Music
Address Unknown

Sausage 69 Music  - AF
16000 Ventura Blvd
Suite 600
Encino, CA 91436


Solar Systems Music
Sheila Davis
441 E 20th Street
New York, NY 10010


Stanley Lebowsky Estate
c/o Robert Cavallo
545 Madison Avenue
New York, NY 10022


Ted Varnick Music Co.
c/o Songwriters
Guild of America
PO Box 2083
Brentwood, TN 37024


THEI II Music Co
Address Unknown


Toni R Music
Ms. Barbara Schwartz
419 Santa Maria Drive
Irvine, CA 92606


Truelove Music Studio 19F
Tower Workshops
Riley Road
London, SE1 3DG,
ENGLAND


Ulpio Minucci Music Co
c/o Ulpio Minucci
8611 Burton Way, Unit 16
Los Angeles, CA 90048


Unidisc Music Inc.
c/o Matra Music Ltd
87B Hymus Blvd
Pointe Claire, PQ H9R 4T2
Canada

Universal Music Publishin
Royalty Dept
136-144 New Kings Road
London SQ6 4FX
UK


Warpfactor One Music
Address Unknown


Werner Chappell Music
161 Hammersmith Rd
London W6 8BS
Englad

# United States Bankruptcy Court
### Eastern District of New York

In re __Memory Lane Music Group LLC__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Memory Lane Music Group LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Mark Spier**
**66 Summit Road**
**Port Washington, NY 11050**

**Spier Music Holdings, LLC**
**66 Summit Road**
**Port Washington, NY 11050**

☐ None [*Check if applicable*]

__April 25, 2022__

Date

**/s/ Howard P. Magaliff**

**Howard P. Magaliff**

Signature of Attorney or Litigant

Counsel for __Memory Lane Music Group LLC__

**Rich Michaelson Magaliff, LLP**
**335 Madison Avenue**
**9th Floor**
**New York, NY 10017**
**646.453.7851 Fax:212.913.9642**
**hmagaliff@r3mlaw.com**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  Memory Lane Music Group LLC                    **CASE NO.:** _____

      Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

  CURRENT STATUS OF RELATED CASE: _____
                                (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

  CURRENT STATUS OF RELATED CASE: _____
                                (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
                                    *(Discharged/awaiting discharge, confirmed, dismissed, etc.)*

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___**Y**___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

**/s/ Howard P. Magaliff**
_____
**Howard P. Magaliff**
Signature of Debtor's Attorney                          _____
**Rich Michaelson Magaliff, LLP**                        Signature of Pro Se Debtor/Petitioner
**335 Madison Avenue**
**9th Floor**
**New York, NY 10017**                                   _____
**646.453.7851 Fax:212.913.9642**                        Signature of Pro Se Joint Debtor/Petitioner

                                                         _____
                                                         Mailing Address of Debtor/Petitioner

                                                         _____
                                                         City, State, Zip Code

                                                         _____
                                                         Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

<u>NOTE</u>: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise
result.