UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re

Memory Lane Music Group LLC          CASE NO. **8-22-70838-ast**

                 Debtor(s).             CHAPTER 11
-------------------------------------------------------------x

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Ronald J. Friedman, Esq.**
SilvermanAcampora LLP
100 Jericho Quadrangle
Ste. 300
Jericho, NY 11753
516 479-6300
Email: RFriedman@SilvermanAcampora.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: Central Islip, New York      WILLIAM K. HARRINGTON
        April 25, 2022                 UNITED STATES TRUSTEE, REGION 2

                                    By: **/s/ Christine H. Black**
                                         Christine H. Black
                                         Assistant United States Trustee
                                         Long Island Federal Courthouse
                                         560 Federal Plaza
                                         Central Islip, NY 11722
                                         (631) 715 7800