UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re

Memory Lane Music Group LLC                   CASE NO. **8-22-70838-ast**

                         Debtor(s).               CHAPTER 11
-------------------------------------------------------------x

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a)    am not a creditor, equity security holder or insider of the debtor;

(b)    am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c)    do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $725.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: April 25, 2022                   *s/Ronald J. Friedman*
                                                      **Ronald J. Friedman, Esq.**
                                                      SilvermanAcampora LLP
                                                      100 Jericho Quadrangle
                                                      Ste. 300
                                                      Jericho, NY 11753
                                                      516 479-6300
                                                      Email: RFriedman@SilvermanAcampora.com