# Memory Lane Music Group LLC
## Balance Sheet
### As of April 22, 2022

|  | Apr 22, 22 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 0001 · Exchange | 483.26 |
| 1000 · City National Checking | 214.10 |
| 1010 · FNBLI | 376.23 |
| 1050 · Capital One Checking | 1,536.99 |
| 1100 · OLD_CNB Checking | 437.08 |
| **Total Checking/Savings** | 3,047.66 |
| **Other Current Assets** | |
| 1204 · Financial Advisor Retainer | 7,500.00 |
| 1205 · Legal Services Retainer | 75,000.00 |
| 1230 · Legal Judgement | |
|    1231 · Write off - Uncollectable Judge | -65,963.26 |
|    1230 · Legal Judgement - Other | 65,963.26 |
| **Total 1230 · Legal Judgement** | |
| **Total Other Current Assets** | 82,500.00 |
| **Total Current Assets** | 85,547.66 |
| **Fixed Assets** | |
| 1540 · Computer Equipment/Software | |
|    1541 · Computer Equipment/Software | 28,291.85 |
|    1542 · A/D Computer Equip & Software | -27,650.00 |
| **Total 1540 · Computer Equipment/Software** | 641.85 |
| 1544 · Computer Software | |
|    1545 · Software | 97,802.30 |
|    1546 · A/D Depreciation Software | -86,611.00 |
| **Total 1544 · Computer Software** | 11,191.30 |
| **Total Fixed Assets** | 11,833.15 |
| **Other Assets** | |
| 1300 · Invest - Memory Lane Music Ltd | 203,153.09 |
| 1350 · 240 W 37th - Security Deposit | |
|    1351 · Held by Chase L/C | 50,534.65 |
|    1352 · Security Deposit Held - tenant | -17,500.00 |
| **Total 1350 · 240 W 37th - Security Deposit** | 33,034.65 |
| 1600 · Copyrights Owned | |
|    1622 · Copyrights - LSI | 841,775.41 |
|    1629 · Copyrights - Frank Foster | 5,000.00 |
|    1632 · Copyrights - Stillman | 52,500.00 |
|    1640 · Accum Amort - Copyrights | -814,350.00 |
| **Total 1600 · Copyrights Owned** | 84,925.41 |
| **Total Other Assets** | 321,113.15 |
| **TOTAL ASSETS** | **418,493.96** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · Payables | |
|    2050 · Royalties Payable | 143,032.05 |
|    2065 · Royalties Payable Intercompany | 4,109.33 |
|    2066 · Royaties Payable - SGA | 470,058.82 |
| **Total 2000 · Payables** | 617,200.20 |

# Memory Lane Music Group LLC
## Balance Sheet
### As of April 22, 2022

|  | Apr 22, 22 |
|---|---:|
| 2067 · Payment Plans | 14,220.68 |
| **Total Accounts Payable** | **631,420.88** |
| **Other Current Liabilities** | |
| 2847 · Defered Income | 20,839.82 |
| **Total Other Current Liabilities** | **20,839.82** |
| **Total Current Liabilities** | **652,260.70** |
| **Long Term Liabilities** | |
| 2051 · Royalty Payable - L/T | 408,318.67 |
| 2300 · Intercompany Loans | |
|   2301 · Larry Spier Music | |
|     2311 · LSM - Pre 2018 | 624,918.71 |
|     2312 · LSM - 2018 | 25,445.24 |
|     2313 · LSM - 2019 | 162,655.87 |
|     2336 · LSM - 2020 | 32,320.15 |
|     2346 · LSM - 2021 | 55,671.22 |
|     2351 · LSM - 2022 | -30,200.00 |
|   **Total 2301 · Larry Spier Music** | **870,811.19** |
|   2302 · Scion Three Music | |
|     2321 · Scion 3 - Pre 2018 | 173,742.37 |
|     2322 · Scion 3 - 2018 | 116,386.78 |
|     2323 · Scion 3 - 2019 | 106,869.19 |
|     2337 · Scion 3 - 2020 | -35,546.95 |
|     2347 · Scion 3 - 2021 | 69,208.86 |
|     2352 · Scion 3 - 2022 | -2,960.16 |
|   **Total 2302 · Scion Three Music** | **427,700.09** |
|   2303 · Scion Four Music | |
|     2331 · Scion 4 - pre 2018 | 478,274.04 |
|     2332 · Scion 4 - 2018 | 347,458.67 |
|     2333 · Scion 4 - 2019 | 204,540.79 |
|     2338 · Scion 4 - 2020 | -51,371.94 |
|     2348 · Scion 4 - 2021 | -82,774.47 |
|     2353 · Scion 4 - 2022 | 999.99 |
|   **Total 2303 · Scion Four Music** | **897,127.08** |
|   2349 · Memory Lane Music Limited | 163,209.29 |
| **Total 2300 · Intercompany Loans** | **2,358,847.65** |
| 2905 · Capital One Line of Credit | 252,700.85 |
| **Total Long Term Liabilities** | **3,019,867.17** |
| **Total Liabilities** | **3,672,127.87** |
| **Equity** | |
| 1135 · Partner One Equity | |
|   1145 · Partner One Draws | -1,183.76 |
|   1155 · Partner One Investments | -636,209.21 |
|   1160 · Partner One Earnings | -1,030,116.65 |
| **Total 1135 · Partner One Equity** | **-1,667,509.62** |
| 1170 · Partner Two Equity | |
|   1190 · Partner Two Investments | -688,254.31 |
|   1195 · Partner Two Earnings | -1,030,117.47 |
| **Total 1170 · Partner Two Equity** | **-1,718,371.78** |
| 3900 · Retained Earnings | 205,846.05 |
| Net Income | -73,598.56 |

# Memory Lane Music Group LLC
## Balance Sheet
### As of April 22, 2022

|  | Apr 22, 22 |
|---|---|
| **Total Equity** | -3,253,633.91 |
| **TOTAL LIABILITIES & EQUITY** | **418,493.96** |