RICH MICHAELSON MAGALIFF LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
Jeffrey N. Rich
Howard P. Magaliff

*Proposed Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:                                              :
                                                    :          Chapter 11
MEMORY LANE MUSIC GROUP, LLC        :          Case No. 22-70838
                                                    :
                    Debtor.                         :
------------------------------------------------------------ x

# CORPORATE DISCLOSURE STATEMENT PURSUANT TO LBR 1073-3

Pursuant to Local Bankruptcy Rule 1073-3, Spier Music Holding, LLC owns 50% of the member interests in the debtor Memory Lane Music Group LLC.

| | |
|---|---|
| Dated:  New York, New York<br>April 26, 2022 | RICH MICHAELSON MAGALIFF, LLP<br>Attorneys for the Debtor<br>By:<br><br>/s/ Howard P. Magaliff<br>HOWARD P. MAGALIFF<br>JEFFREY N. RICH<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017<br>646.453.7851<br>*hmagaliff@r3mlaw.com* |

{00041064v1 }