RICH MICHAELSON MAGALIFF LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
Jeffrey N. Rich
Howard P. Magaliff

*Proposed Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:                                              :
                                                    :         Chapter 11
MEMORY LANE MUSIC GROUP, LLC    :         Case No. 22-70838 (AST)
                                                    :
                    Debtor.                  :
------------------------------------------------------------ x

## NOTICE OF ADJOURNMENT OF MOTION

**PLEASE TAKE NOTICE** that the hearing in this case to consider the Debtor's *Motion for Entry of an Order Extending the Automatic Stay to Certain Non-Debtor Parties* [doc. 24] scheduled for June 22, 2022 has been adjourned to July 27, 2022 at 10:30 AM.

Dated: New York, New York           RICH MICHAELSON MAGALIFF, LLP
       May 4, 2022                          Attorneys for the Debtor
                                                    By:

                                                    /s/ Howard P. Magaliff
                                                    HOWARD P. MAGALIFF
                                                    JEFFREY N. RICH
                                                    335 Madison Avenue, 9th Floor
                                                    New York, NY 10017
                                                    646.453.7851
                                                    *hmagaliff@r3mlaw.com*

{00041161v1}