RICH MICHAELSON MAGALIFF LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
Jeffrey N. Rich
Howard P. Magaliff

*Proposed Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                              :
                                                    :      Chapter 11
MEMORY LANE MUSIC GROUP, LLC        :      Case No. 22-70838 (AST)
                                                    :
                          Debtor.             :
------------------------------------------------------------ x

## NOTICE OF ADJOURNMENT OF HEARINGS

**PLEASE TAKE NOTICE** that (1) the initial case management conference and status conference in this case scheduled for May 25, 2022, and (ii) the hearing in this case to consider the Debtor's *Motion for Entry of an Order Extending the Automatic Stay to Certain Non-Debtor Parties* [doc. 24] scheduled for June 22, 2022, have been adjourned to June 29, 2022 at 11:30 AM.

Dated:  New York, New York          RICH MICHAELSON MAGALIFF, LLP
        May 11, 2022                Attorneys for the Debtor
                                    By:

                                    /s/ Howard P. Magaliff
                                    HOWARD P. MAGALIFF
                                    JEFFREY N. RICH
                                    335 Madison Avenue, 9th Floor
                                    New York, NY 10017
                                    646.453.7851
                                    *hmagaliff@r3mlaw.com*

{00041234v1 }