

HOWARD P. MAGALIFF

Direct 646.453.7854
Cell 203.417.4070
Fax 212.913.9642
Email hmagaliff@r3mlaw.com

July 22, 2022

United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722
Attn: Clerk's Office

   Re:  In re:  Memory Lane Music Group, LLC, *et al.*
        Jointly Administered Chapter 11
        Case No. 22-70838 (AST) – Lead Case

Dear Clerk of the Court,

  Please allow this letter to serve as notice that the presentment time for the (i) *Motion for an Order Substantively Consolidate the Debtors' Estates* and (ii) *Debtors' Motion to Extend Time to File Plan of Reorganization* currently scheduled for August 17, 2022 at 12:00 PM has been adjourned to August 17, 2022 at 11:30 AM.

  Please do not hesitate to contact my office if you have any questions.

               Sincerely,

               */s/ Howard P. Magaliff*

               Howard P. Magaliff