```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re:                                               :
                                                     :         Chapter 11
MEMORY LANE MUSIC GROUP LLC, et al.,                 :         Case No. 22-70838 (AST)
                                                     :
            Reorganized Debtors.                     :         Substantively Consolidated
-------------------------------------------------------------- x
```

## ORDER OF FINAL DECREE

Upon the application dated July 17, 2023 (the "Application") of Memory Lane Music Group, LLC, Scion Three Music, LLC, Scion Four Music, LLC and Larry Spier Music, LLC (the "Reorganized Debtors"), for a final decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and notice to the United States Trustee having been given pursuant to Local Bankruptcy Rule 3022-1, and no further notice being necessary, and the Court having found that the *Debtors' Second Amended Joint Subchapter V Plan of Reorganization* has been substantially consummated and the estate fully administered, it is

**ORDERED** that the Application is granted; and it is further

**ORDERED** that, pursuant to Bankruptcy Rule 3022, the chapter 11 cases of the Reorganized Debtors are closed.

**NO OBJECTION:**
*/S/ Stan Y. Yang*
Stan Y. Yang, Trial Attorney, Office of the United States Trustee



Dated: July 24, 2023
      Central Islip, New York

_____
      Alan S. Trust
      Chief United States Bankruptcy Judge